COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-16-00258-CV |
| Style: | Karen Kristine Silvio |
| | **v** Jo-Lynn Boggan, Adminitratrix of the Estate of Sybil Christine Silvio |
| Date motion filed*: | April 13, 2016 |
| Type of motion: | Motion to Stay Pending Appeal and Affidavit of Indigency |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated?  No

Ordered that motion is:

☐ Granted

     If document is to be filed, document due:

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

**We STRIKE appellant's Motion to Stay Pending Appeal and Affidavit of Indigence filed April 13, 2016 for failure to comply with Texas Rules of Appellate Procedure 9.4(a) (document must produce distinct black image), 9.5(d), (e) (proof of service and certificate requirements), 20.1(b) (contents of affidavit).** *See* **TEX. R. APP. P. 9.4(a), 9.5(d), (e), 20.1(b). The Court will consider a Motion to Stay Pending Appeal that contains a signed certificate of service and a legible Affidavit of Indigence containing complete information as required in Texas Rule of Appellate Procedure 20.1(b) that is filed within 10 days from the date of this order.** *See* **TEX. R. APP. P. 9.4(k).**

Judge's signature: /s/ Chief Justice Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court

Date:  April 19, 2016